UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB AIR ACQUISITIONS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WESTERN AIRCRAFT, INC.; and<br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. C09 02509 JW-(RS)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter having come before the Court on the parties' Stipulation to Dismiss With Prejudice, and good cause appearing therefor;

IT IS HEREBY ORDERED AND THIS DOES ORDER that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees. The Clerk shall close this file.

Dated: December 1, 2010

_____
United States District Judge

- 1 -